1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jesus Alberto Sanchez-Navarrete

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA,       )   Case No. 08MJ0509
   |                                 )
12 |            Plaintiff,           )
   |                                 )
13 | v.                              )   **CERTIFICATE OF SERVICE**
   |                                 )
14 | JESUS ALBERTO SANCHEZ-NAVARRETE, )
   |                                 )
15 |            Defendant.           )
   |_____)

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov; and

20
                    Dorothy Rees Shelton
21                  dsheltonlaw@aol.com

22                              Respectfully submitted,

24 DATED:    February 25, 2008         /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
25                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Jesus Alberto Sanchez-Navarrete