UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR0633-L |
| --- | --- | --- |
| Plaintiff | ) | 08MJ0509 |
|  | ) | ORDER |
| vs. | ) |  |
| Jesus Alberto Sanchez-Navarrete | ) | RELEASING MATERIAL WITNESS |
|  | ) |  |
|  | ) | Booking No. |
| Defendant(s) | ) |  |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Mat. Wit: Germana Morales-Cortez

DATED: 03/06/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                 DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062