UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08CR0633 L_ |
| | ) | _08M0509_ |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Jesus Alberto Sanchez-Navarrete | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,    **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material~~ witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Mat. wit: Gerson Flores-Rodriguez

DATED: __03/06/05__

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
        DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062