

```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   SOUTHERN DISTRICT OF CALIFORNIA
 8   UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR0633-L
                                    )
 9             Plaintiff,           )   I N F O R M A T I O N
                                    )
10        v.                        )   Title 8, U.S.C.,
                                    )   Secs. 1324(a)(1)(A)(ii) and
11   JESUS ALBERTO SANCHEZ-NAVARRETE,)  (v)(II) - Transportation of
                                    )   Illegal Aliens and Aiding and
12             Defendant.           )   Abetting
                                    )
13   _____
14        The United States Attorney charges:
15        On or about February 20, 2008, within the Southern District of
16   California, defendant JESUS ALBERTO SANCHEZ-NAVARRETE, with the intent
17   to violate the immigration laws of the United States, knowing and in
18   reckless disregard of the fact that an alien, namely, Cornelio Ruiz-
19   Ruiz, had come to, entered and remained in the United States in
20   violation of law, did transport and move, said alien within the United
21   States in furtherance of such violation of law; in violation of
22   Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).
23        DATED: 3/6/08      .
24                                     KAREN P. HEWITT
                                       United States Attorney
25
26
                                       W. MARK CONOVER
27                                     Assistant U.S. Attorney
28
     WMC:mg:San Diego
     2/25/08
```