**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

ORIGINAL

FILED

KENNETH O. YOUNG
Chief Probation Officer

101 West Broadway
Suite 700
San Diego, CA 92101-7991
(619) 557-6650

08 JUN -5

May 5, 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECC    DEPUTY

The Honorable M. James Lorenz
U.S. District Judge
Southern District of California
San Diego, California

        Re:    SANCHEZ-Navarrete, Jesus Alberto
              Dkt. No. 08CR00633-001-L
              **REQUEST FOR CONTINUANCE**
              **OF SENTENCING**

Dear Judge Lorenz:

      On March 25, 2008, Jesus Alberto Sanchez-Navarrete appeared before Your Honor at which time he pled guilty to one count of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(II), Transportation of Illegal Aliens and Aiding and Abetting. Sentencing was subsequently set for June 9, 2008.

      Since the defendant's conviction, there have been difficulties in coordinating the probation interview, as the defendant is currently incarcerated in San Luis, Arizona, and the U.S. Marshall's Office has limited availability for video conference interviews. Consequently, a presentence interview date has not been set until May 7, 2008. Due to this advanced date, it has not been possible to complete a thorough investigation and file the presentence report in accordance with General Order 350.

      As such, it is requested that Mr. Sanchez-Navarrete's sentencing be continued from June 9, 2008, to July 7, 2008, at 8:30 a.m. Your Honor's courtroom deputy advised that this date would be compatible with the Court's calender. In addition, the AUSA is in agreement with the continuance request; however, defense counsel is opposed. Lastly, a checklist is appended for the Court's response.

Re: SANCHEZ-Navarrete, Jesus Alberto  May 5, 2008
Dkt. No. 08CR00633-001-L  Page 2

Should Your Honor have questions or concerns, please contact me at (619) 557-6517.

Respectfully submitted,

KENNETH O. YOUNG
CHIEF PROBATION OFFICER

By: *Naomi L. Stalbaum*

Naomi L. Stalbaum
U.S. Probation Officer

nls/nls
Attachments: Continuance Order
cc: AUSA and defense counsel

Reviewed by: *David J. Mudd*
David J. Mudd
Supervising U.S. Probation Officer

Re:  SANCHEZ-Navarrete, Jesus Alberto                                May 5, 2008
Dkt. No. 08CR00633-001-L                                                    Page 3

COURT ACTION DESIRED:

__✓__    1.  Agree, continue the sentencing from June 9, 2008, to July 7, 2008,
             at 8:30 a.m.

_____  2.  Disagree, sentencing to remain as scheduled.  The presentence report is to be
             prepared not in accordance with General Order 350.

_____  3.  Other. _____

_____

_/s/ M. James Lorenz_____                      _5/6/08_____
The Honorable M. James Lorenz                              Date
U.S. District Judge